FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 OCT 11 PM 3:59

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RICHARD AND HELEN WILLIAMS** | * | CIVIL ACTION |
| -versus- | * | NO. 00-0283 |
| **LISA K. ORN AND WEST AMERICAN INSURANCE** | * | SECT:   "C" |
| | * | MAG:   "1" |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Richard Williams and Helen Williams, and Defendants, Lisa K. Orn and West American Insurance Company, who move this Honorable Court to dismiss this matter, with prejudice, since all issues have been resolved between the parties, each party to bear its own expenses.

Respectfully Submitted:

_____
S. Michael Cashio, Esq. (#3977)
*Cashio & Cashio*
2107 31st Court
Kenner, Louisiana 70065
Telephone: (504) 443-3737
*Attorney for Plaintiffs, Richard and Helen Williams*

_____
ROBERT T. MYERS (#9870)
*Young Richaud & Myers*
1515 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-1515
(504) 585-7750
*Attorney for Defendants, Lisa Orn and West American Insurance Company*

DATE OF ENTRY

OCT 13 2000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RICHARD AND HELEN WILLIAMS** * | **CIVIL ACTION** | |
| -versus- * | **NO. 00-0283** | |
| **LISA K. ORN AND** * | **SECT:** | **"C"** |
| **WEST AMERICAN INSURANCE** * | **MAG:** | **"1"** |

*************************************************************************

### ORDER

Considering the above and foregoing Joint Motion to Dismiss With Prejudice;

**IT IS HEREBY ORDERED** that this matter be dismissed, with prejudice, each party to bear its own expenses.

New Orleans, Louisiana this 12 day of Oct., 2000.

_____
JUDGE

### CERTIFICATE OF SERVICE

I hereby certify that I have on this 11th day of October, 2000, served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing the same by United States Mail, properly addressed and first class postage prepaid.

_____
ROBERT T. MYERS